# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

In the matter of: Criminal Case Transfers to
**District Judge Raag Singhal**

USA v. Jeremiah Hornstein et (Plaintiff v. Defendant), Case No: 19-cr-20535

USA v. Luis Angel et al (Plaintiff v. Defendant), Case No: 19-cr-20754

USA v. Juana Quintero et al (Plaintiff v. Defendant), Case No: 19-cr-20624

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Raag Singhal.** Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Raag Singhal** as of January 6, 2020 for all further proceedings.   It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AHS** in lieu of the present initials.

DONE and ORDERED at Miami Florida, in Chambers this 6th day of January, 2020.

_____
Beth Bloom
United States District Judge

cc: All counsel of record/ pro se parties