UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CR-20754-SINGHAL

UNITED STATES OF AMERICA

v.

JOSE PEGUERO,

    **Defendant.**

_____/

## FACTUAL PROFFER

The United States of America and the Defendant, Jose Peguero, through his counsel, hereby stipulate and agree that had this case proceeded to trial, the United States would have proven the facts set out in this proffer beyond a reasonable doubt. The facts set out herein do not include every fact relevant to the crimes alleged in the Indictment, and this proffer is not intended as a complete recitation of those facts.

During the month of August 2019, law enforcement investigated a cocaine trafficker named Jose Peguero. To do so, a law enforcement confidential source ("CS") was directed to conduct controlled purchases of cocaine from Peguero. Andres Ozual served as a drug runner for Peguero, and sold cocaine for Peguero out of his own home.

More specifically, on August 20, 2019, the CS conducted a controlled call to Ozual and asked him about purchasing two of the three ounces of cocaine that the CS had previously negotiated with Peguero to purchase. Ozual then called the CS and advised that he was at home and available for the sale of the two ounces of cocaine to the CS. Later that day, law enforcement observed the CS arrive at Ozual's residence. While inside the residence, Ozual provided the CS with two ounces of cocaine from Peguero and, in exchange, the CS gave Ozual $2,150.00 of DEA

official advance funds (OAF) to complete the drug transaction. Law enforcement then observed the CS exit Ozual's residence. The cocaine was provided by the CS to law enforcement, and subsequently tested positive for approximately 56.61 grams of cocaine.

That evening, the CS sent a controlled text message to Peguero inquiring when the other ounce of cocaine would be ready for pick up. Peguero replied, and told the CS that Ozual would text the CS as soon as the new shipment of cocaine arrived. That night, law enforcement observed a white Mercedes Benz directly in front of Ozual's residence. A white Hispanic male, later identified as co-defendant Louis Angel Tejada-Guzman, exited the white Mercedes Benz and entered Ozual's residence. Tejada-Guzman then delivered Peguero's cocaine to Ozual. Shortly thereafter, Tejada-Guzman was observed leaving Ozual's residence.

Within a few minutes of Tejada-Guzman leaving, Ozual sent a text message to the CS stating that the one ounce of cocaine had just arrived. The CS then went to Ozual's residence and purchased the one ounce of cocaine from Ozual for $1,080 in DEA OAF. The CS then left the residence. The cocaine was provided by the CS to law enforcement, and subsequently tested positive for approximately 28.48 grams of cocaine.

On August 28, 2019, the CS met with Peguero to negotiate the purchase price for nine ounces of cocaine. On September 9, 2019, the CS placed a controlled call to Ozual to discuss meeting to purchase the nine ounces of cocaine previously discussed with Peguero on August 28, 2019. Ozual explained to the CS that he only had seven ounces of cocaine at the time, and that he would have the other two ounces of cocaine available later in the day. The CS agreed to purchase the seven available ounces of cocaine, and return later for the additional two ounces of cocaine. That afternoon, the CS went to Ozual's residence and paid Ozual $7,175.00 in DEA OAF in exchange for seven ounces of cocaine from Peguero. The cocaine was provided by the CS

JKPB

to law enforcement, and subsequently tested positive for approximately 196.58 grams of cocaine.

Later on September 9, 2019, law enforcement saw Ozual leave his residence and meet with Peguero. The CS called Peguero and requested a time to receive delivery for the additional two ounces of cocaine. Peguero told the CS that the two ounces of cocaine would be ready after 6:00 p.m. At around 5:50 p.m., law enforcement saw the same white Mercedes Benz mentioned earlier (with the same plates) being driven by Tejada-Guzman. This is the same vehicle and driver that was seen on August 20, 2019 visiting Ozual's residence when Tejada-Guzman went to Ozual's residence to deliver cocaine. Law enforcement followed Tejada-Guzman east on 9th Street towards Lenox Avenue. At 5:55p.m., an investigative stop was conducted on Tejada-Guzman's vehicle. Tejada-Guzman gave verbal consent to law enforcement to search his vehicle.

Inside the trunk, law enforcement located a toolbox that had a clear plastic bag sticking out of it. Inside the plastic bag, there were approximately 281.3 grams of cocaine, which was vacuum-sealed. Law enforcement then seized the cocaine as evidence. Tejada-Guzman had been taking Peguero's cocaine to Ozual.

At 6:38 p.m., the CS called Ozual. The CS asked Ozual about the status for the two ounces of cocaine. Ozual, explained that there had been a problem with the delivery of the package from Peguero, referring to the traffic stop of Tejada-Guzman. Therefore, according to Ozual, he was unable to complete the drug transaction.

Ozual was arrested on October 29, 2019. He was read his *Miranda* rights, which he waived. Ozual admitted to law enforcement that he had been selling cocaine on behalf of Peguero. He further admitted that Peguero's cocaine was commonly delivered to him by Tejada-Guzman. In all, Peguero was responsible for arranging the sale or distribution of over 500 grams of cocaine.

The Parties agree that the above facts, which do not include all the facts known to the United States and Jose Peguero, are sufficient to prove the guilt of Peguero in the above-referenced matter. The parties also agree that this is not a complete recitation of all facts relevant to the crimes charged in the Indictment. But, the facts set out herein are merely sufficient to satisfy the elements of the crime to which Peguero is pleading guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 3/11/20    By: _____
CARLEE M. VALENTI
SPECIAL ASSISTANT
UNITED STATES ATTORNEY

Date: 3/9/20    By: _____
MANUEL L. CASABIELLE
ATTORNEY FOR THE DEFENDANT

Date: 3/9/20    By: _____
JOSE PEGUERO
THE DEFENDANT

JKPA