SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT Jose Peguero   CASE NO. 19-20754-CR-Singhal
Deputy Clerk Valarie Thompkins   Court Reporter Karl Shires   DATE 10-20-20
USPO Harry Marcelin   AUSA Frederic Shadley   Deft's Counsel Manuel Casabielle

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   ___ Sentencing cont'd until_____

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 60 | I to Run Concurrently with Florida State Sentence |

Supervised Release  4 Years as to Count I

✓ Court advised the Defendant of his/her right to appeal   Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby Granted

Assessment $ 100.00/xx   Fine $ 0   Restitution $ 0

___Data Encryption  ___Permissible Computer Examination  ___Computer Modem Restriction
___Computer Possession Restriction  ___Employer Computer Restriction Disclosure
___No Contact with Minors  ___No Contact with Minors in Employment  ___Sex Offender Treatment
___No Involvement Youth Organization  ___Sex Offender Registration  ___Adam Walsh Act Search
___Offense Related Computer Restriction  ___Restricted Possession of Sexual Materials
___Permissible Computer Examination  ___Permissible National Business Travel  ___No New Debt
___Anger Control/Domestic Violence  ___Community Service  ___Related Concern Restriction
_X_Mental Health Treatment  _X_Substance Abuse Treatment  ___Related Concern Restriction
___Employment Requirement  ___Cooperating IRS  ___Association Restriction  _X_Forfeiture
___Self-Employment Restriction  ___Computer Activity Record Keeping Requirement
___Disclosure of Telephone Records  ___Employment Solicitation Restriction  ___Financial Disclosure
___Location Monitoring Program  ___Relinquishment of Licensure  ___Residential Reentry Center
___Surrender for Removal After Imprisonment  ___Cooperating Immigration Removal Proceedings
___Treatment for Gambling  _X_Unpaid Restitution, fines, special assessments  _X_Permissible Search

CUSTODY
_✓_ Remanded to the Custody of the U. S. Marshal Service   ___Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: Southern District of Florida, 500 Hr Drug Treatment Program