HONORABLE JUDGE SINGHAL
CASE #19-20754

TO WHOM IT MAY CONCERN,

          I WOULD LIKE AND NEED MY SENTENCING TRANSCRIPTS, COURT DOCKETS AND THE JUDGE AND COMMITMENT FOR CASE #19-20754 FOR DEFENDANT JOSE PEGUERO with #18440-104 WHOSE DETAINED IN FDC MIAMI. THANK YOU

JOSE PEGUERO
18440-104
FDC MIAMI
P.O. BOX 019120
MIAMI FL 33101

FILED BY AS D.C.
JAN - 4 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

JOSE PEGUERO
FDC MIAMI
18440-104
P.O. BOX 019120
MIAMI, FL 33101



MIAMI FL 330

30 DEC 2020 PM 5 L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
299 EAST BROWARD BLVD ROOM 108
FT. LAUDERDALE, FL 33301

33301-197799